PAUL M. WARNER, United States Attorney (#3389)
BRETT L. TOLMAN, Assistant United States Attorney (#8821)
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **1:02CR00001B** |
| | : | |
| Plaintiff, | : | I N D I C T M E N T |
| | : | |
| Vs. | : | VIO 18 U.S.C. § 922(g)(3), |
| | : | POSSESSION OF A FIREARM |
| JEFFREY D. TEMPLETON, | : | BY AN UNLAWFUL USER OF |
| COLLETTE TEMPLETON, | : | OR PERSON ADDICTED TO A |
| | : | CONTROLLED SUBSTANCE |
| Defendants. | | |

The Grand Jury Charges:

COUNT I
(18 U.S.C. § 922(g)(3))

On or about December 11, 2001, in the Northern Division of the District of Utah,

JEFFREY D. TEMPLETON
and COLLETTE TEMPLETON,

the defendants herein, being unlawful users of or addicted to a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, firearms and ammunition, namely the following:

Winchester Model 62A, .22 caliber rifle, SN 118921

Winchester Model 62A, .22 caliber rifle, SN 303194

Mossberg Model 835, .12 gauge shotgun, SN UM327877

Winchester Model 70, 30-06 rifle, SN 398489

Winchester Model 12, .12 gauge rifle SN 1412178

Benelli, S. PA., Model M3 Super 90, .12 gauge shotgun, SN M102151

Mossberg Model 500ET, .410 caliber, SN G698411

Eastern Arms, Co. Model ATIS-PN2, .12 gauge shotgun, SN 134547

Ruger Model 10-22, .22 caliber rifle, SN 233-30375

Browning Model BAR II, .300 caliber rifle, SN 107NW03420

Mossberg Model 500 A, .12 gauge shotgun, SN K495006

Springfield Armory Model M1 Gerrand, .30 caliber, SN 2009137

Benelli, S.PA. Model M1 Super 90, .12 gauge shotgun, SN M205734

Mossberg Model 500 E, .410 caliber shotgun, SN L999963

Winchester Model 70, 30-06, SN 302888

Heckler and Koch Model 91, .308 caliber rifle, SN 011459

Winchester Model 61, .22 caliber rifle, SN 231811

Remington Arms Co. Model 582, .22 caliber, SN 1200601

Colt Model SP-1, .223 caliber, SN SP159708

Colt Model SP-1, .223 caliber rifle, SN BD000352

Colt Model SP-1, .223 caliber, SN SL019936

Colt Model SP-1, .223 caliber rifle, SN MH013238

Browning Model Unknown, .22 caliber rifle, SN 01430PZ246

Winchester Model Centinenial 66, 30-30, SN 76303

Winchester Model 94 AE, .44 caliber rifle, SN 6273779

Winchester Model 94, 30-30 rifle, SN 2346956

Benelli, S. PA. Model M1 Super 90, 12 gauge shotgun, SN M148115

Unknown Manufacturer Model FMAP "DM" Rosario, .762 caliber rifle, SN 02423

Browning Model A-Bolt, .338 caliber rifle, SN 497279YLS7

Winchester Model 70, .220 caliber, SN 306690

Winchester Model 50, .12 gauge shotgun, SN 142353

Mossberg Model 142-A, .22 caliber rifle, SN N/A

Winchester Model 63, .22 caliber rifle, SN 43804A

Barrett Firearms Mfg. Co. Model 95, .50 caliber rifle, SN 565

Unknown Manufacturer Unknown Model, .50 caliber rifle, SN NONE

Unknown Manufacturer Model 96, .50 caliber rifle, SN 115

Colt Government Model, .45 caliber, SN SS31206

Colt Model Officers ACP, .45 caliber, SN SF04295E

Para-Ordnance Mfg. Inc. Model P13-45, .45 caliber, SN QG1788

Heckler and Koch Model P9S, .45 caliber, SN 403101

Colt Model Chalenger, .22 caliber, SN 66703-C

Ruger Model MK II, .22 caliber, SN 219-68040

SIG Sauer, Arms,(Swiss Industriel Gesellshaft) Model P220, .45 caliber, SN G170322

Colt Model Viper, .38 caliber, SN 95062M

Heckler and Koch Model P9S, .45 caliber, SN 404457

Freedom Arms Co. Model Field Grade, .454 caliber, SN DF7091

SIG (Sauer, Arms, or Swiss Industriel Gesellshaft) Model P229, .357 caliber, SN AD29066

Smith & Wesson Model 65-5, Lady Smith, .357 caliber, SN BSK3328

Smith & Wesson Model 642, .38 caliber, SN BMA1215

Smith & Wesson Model 19-5, .357 caliber, SN ADS 3083

Browning Model N/A, .22 caliber, SN 36079P70

Heckler and Koch Model P9S, .45 caliber, SN 405701

Freedom Arms Co. Model Belt Buckle 22, .22 caliber, SN A42112

Ruger Model Blackhawk, .357 caliber, SN 33-24831

Unknown Manufacturer Model 1873, .22 caliber, SN SA18304

Walther Model PPK/S, .380 caliber, SN S065689

Colt Model Frontier Scout, .22 caliber, SN 645GS

and thousands of rounds of ammunition; all in violation of 18 U.S.C. § 922(g)(3).

A TRUE BILL:

FOREPERSON OF GRAND JURY

PAUL M. WARNER
UNITED STATES ATTORNEY

BRETT L. TOLMAN
Assistant United States Attorney